Dorothy Russell, Appellee, v. Frances Merle Long White, Individually and as Administratrix With Will Annexed of Estate of Carl M. White, Deceased, Appellant.

Gen. No. 40,904.

Heard in first division, first district, this court at October term, 1939; opinion filed April 8, 1940. Donald J. Seeley, for appellant; Oscar Wyclif Harman, for appellee. Opinion by JUSTICE O'CONNOR. "Not to be published in full."

Jeanette Edwin, Appellee, v. Arthur C. Edwin. Clarence W. Shaver, Appellant.

Gen. No. 40,960.

Heard in first division, first district, this court at October term, 1939; opinion filed April 8, 1940. Clarence W. Shaver, pro se. No appearance for appellee. Opinion by JUSTICE O'CONNOR. "Not to be published in full."